UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO: 17-213

JON C. BALLAY                               SECTION: "A"
                                            Mag. 1


## ORDER SETTING STATUS CONFERENCE

**IT IS ORDERED** that a **STATUS CONFERENCE** is SET for **Tuesday, November 26, 2019 at 9:45 a.m.**

New Orleans, Louisiana, Wednesday, November 20, 2019.

Judge Jay C. Zainey

United States District Court