UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-213 |
| VERSUS | SECTION "A" |
| JON C. BALLAY | VIOLATION: |

NOTICE OF SENTENCING (cont'd from 2/4/20)

Take notice that this criminal proceeding is set for **April 7, 2020 at 10:00 AM**, before Judge Jay C. Zainey, Ctrm C467, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

CAROL. L. MICHEL, CLERK
Date:  January 28, 2020      by: James Crull, Deputy Clerk

* * * * * * * * * * * *

TO:

✓ JON C. BALLAY (custody)          ✓ AUSA:  Jordan Ginsberg

✓ David Rozas and Karl Ludwig,  Counsel     ✓ U.S. Probation Office

✓ U.S. Probation Office - Pretrial Services Unit

✓ U.S. Marshal

✓ JUDGE

✓ FBI Richard Clark

**If you change address, notify clerk of court by phone, (504) 589-7688**